# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>DOMINGUEZ, DANIEL R. | 2. Court or Organization<br><br>US DISTRICT COURT PUERTO RICO | 3. Date of Report<br><br>05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE (Senior with 100% caseload) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address |
|---|
| JOSE V. TOLEDO US COURTHOUSE SUITE 348<br>300 RECINTO SUR ST.<br>SAN JUAN, PR 00901 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UBS Resource Management Account-(cash account) | E | Int./Div. | O | T | | | | | |
| 2. UBS Portfolio - H: See Part VIII | A | Int./Div. | O | T | | | | | |
| 3. -PR GNMA POOL (various units) - See Part VIII | | | | | | | | | |
| 4. -PR Investors Bond Fund - See Part VIII | | | | | | | | | |
| 5. PR MTG Bckd & US GOVT SECS FUND, CUSIP74528E107 | E | Int./Div. | | | Redeemed | 04/24/14 | K | A | |
| 6. KaufmanTx Ctf of Oblig, CUSIP 486206GZ2 | A | Interest | K | T | Buy | 05/02/14 | K | | |
| 7. Illinois St Univ CTFS RV, CUSIP 452259DY7 | A | Interest | K | T | Buy | 05/02/14 | K | | |
| 8. -Puerto Rico Sales Tax Fing Corp S - See Part VIII | | | | | | | | | |
| 9. -Puerto Rico AAA Portfolio Bond - See Part VIII | | | | | | | | | |
| 10. UBS IRA (H) | A | Int./Div. | K | T | | | | | |
| 11. -Puerto Rico AAA Portfolio Bond Fund | | | | | | | | | |
| 12. -Puerto Rico Investors Bond Fund | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII is hereby clarified as follows:

The UBS Resource Management Account provides unlimited check writing along with free debt and credit cards with rewards. The "traditional bank account" feature is available to me because I have a UBS Portfolio, listed in Part VII, Line 2, and a UBS IRA, listed in Part VII, Line 10. There are no other assets in this account. All my assests are listed either under UBS Portfolio or UBS IRA.

The PR MTG Bckd & US Govt Secs Fund Inc COM SHS, CUSIP No. 74528E107 was sold. Trade date: 04/24/2014, Amount: $44,096.79, Cost basis: $75,002.73, Loss: -$30,905.94.

The UBS Portfolio consists of:

1.  PR GNMA POOL (various units), listed below:

Asset backed securities:

PR GNMA POOL 0397364X UNIT 098
PR GNMA POOL 0397364X UNIT 099
PR GNMA POOL 0397364X UNIT 100
PR GNMA POOL 0437567X UNIT 094
PR GNMA POOL 0437567X UNIT 095
PR GNMA POOL 0402635X UNIT 100
PR GNMA POOL 0437567X UNIT 096
PR GNMA POOL 0437567X UNIT 097
PR GNMA POOL 0411936X UNIT 095
PR GNMA POOL 0437567X UNIT 098
PR GNMA POOL 0437567X UNIT 099
PR GNMA POOL 0636592X UNIT 064

2.  Puerto Rico AAA Portfolio Bond Fund (CUSIP No. 74514P108)
3.  Puerto Rico Investors Bond Fund (includes: Puerto Rico MTG BCKD; Puerto Rico GNMA & US GOVT TARGET; Tax-Exempt Municipal Securities, i.e., Kaufman TX, CUSIP No. 486206GZ2, and Illinois St Univ., CUSIP No. 452259DY7). See Part VII, Lines 5,6.
4.  Puerto Rico Sales Tax Fing Corp S (CUSIP No. 74529JAC9)

The UBS IRA consists of:

1.  Puerto Rico AAA Portfolio Bond Fund
2.  Puerto Rico Investors Bond Fund

The assets listed above and at Part VII under UBS Portfolio and UBS IRA constitute a list of all my assets, as of December 31, 2014, which are managed solely by UBS. As to the UBS Portfolio, the undersigned has the final word as to the purchase of an asset that may substitute a redeemed asset or the purchase of an asset in exchange of another asset.

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ DANIEL R. DOMINGUEZ**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544